**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8080**

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

RAYMOND DOUGLAS MASSENBURG, JR.,

                    Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Robert E. Payne, Senior District Judge.  (3:97-cr-00003-REP-1)

Submitted:  May 20, 2010                    Decided:  May 25, 2010

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Raymond Douglas Massenburg, Jr., Appellant Pro Se. Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Douglas Massenburg, Jr., appeals the district court's order denying his Federal Rule of Civil Procedure 60(b) motion for reconsideration of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Massenburg, No. 3:97-cr-00003-REP-1 (E.D. Va. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED